IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN ROSEBORO, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:12-cv-362-MEF |
| PIKE COUNTY JAIL, | ) |
| Defendant. | ) |

# **O R D E R**

On May 24, 2012, the Magistrate Judge filed a Recommendation (Doc. #6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's complaint against the Pike County Jail is DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

3. This case is DISMISSED prior to service of process.

DONE this the 11th day of June, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE